FILED / ENTERED
RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 1 3 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
    v. ) 2:11-CR-245-ECR (GWF)
)
MARKEITH BRANSCUMB, )
)
        Defendant. )

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on November 17, 2011, defendant MARKEITH BRANSCUMB pled guilty to Count One of a One-Count Criminal Indictment charging him with Unlawful Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1). Docket #1, #20.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant MARKEITH BRANSCUMB pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c):

    a)    a Smith and Wesson, model 5903, 9mm pistol, serial number TD59687;

    b)    a Kahr, P40, .40 caliber pistol, serial number ZA1820; and

    c)    any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

1  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
2  United States of America should seize the aforementioned property.
3  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
4  MARKEITH BRANSCUMB in the aforementioned property is forfeited and is vested in the United
5  States of America and shall be safely held by the United States of America until further order of the
6  Court.
7  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
8  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
9  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
10 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
11 the name and contact information for the government attorney to be served with the petition,
12 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
13 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be
14 filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
15 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
16 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
17 following address at the time of filing:

18    Michael A. Humphreys
      Assistant United States Attorney
19    Daniel D. Hollingsworth
      Assistant United States Attorney
20    Lloyd D. George United States Courthouse
      333 Las Vegas Boulevard South, Suite 5000
21    Las Vegas, Nevada 89101.

22 . . .
23 . . .
24 . . .
25 . . .
26 . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this **13** day of **December**, 2011.

_Edward C. Ray_
UNITED STATES DISTRICT JUDGE