UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
    v.                              )   2:11-CR-245-RCJ (GWF)
                                    )
MARKEITH BRANSCUMB,                 )
                                    )
            Defendant.              )

**FINAL ORDER OF FORFEITURE**

On December 13, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant MARKEITH BRANSCUMB to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant MARKEITH BRANSCUMB pled guilty. Docket #1, #20, #22.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 16, 2011, through January 14, 2012, notifying all third parties of their right to petition the Court. #23.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a.    a Smith & Wesson, Model 5903, 9mm pistol, serial number TD59687;

    b.    a Kahr - Auto Ordinance, P40, .40 caliber pistol, serial number ZA1820; and

    c.    any and all ammunition.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

Dated this 28th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the foregoing (proposed) Final Order of Forfeiture on March 23, 2012, by the below identified method of service:

CM/ECF:

Monique N. Kirtley
Federal Public Defender
411 E. Bonneville Ave. Suite 250
Las Vegas, NV 89101
Email: Monique_Kirtley@fd.org
Counsel for Defendant Markeith Branscumb

Paul Riddle
Federal Public Defender
411 E. Bonneville Ave. Suite 250
Las Vegas, NV 89101
Email: ECF_Vegas@fd.org
Counsel for Defendant Markeith Branscumb

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal